1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5
6  Attorneys for Plaintiffs

7  (Additional Counsel for Plaintiffs on the following page)
8
9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11               SAN FRANCISCO DIVISION

12                                              Case Nos. C 08-1190-SI, C 08-1184-SI
13  CLAUDE BRYANT, et al.,                      STIPULATION OF SUBSTITUTION
    On behalf of themselves and all employees   OF COUNSEL FOR PLAINTIFFS AND
14  similarly situated,                         NOTICE OF APPEARANCE OF NEW
                                                COUNSEL
15           Plaintiffs,
16  v.
17  SERVICE CORPORATION
    INTERNATIONAL, et al.,
18
             Defendants.
19

20
    WILLIAM HELM, et al. On behalf of
21  themselves and all employees similarly
    situated,
22           Plaintiffs,
    v.
23
    ALDERWOODS GROUP, INC., et al.
24
             Defendants.
25

26       PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby

27  substitute one of their counsel and attorneys of record as in this matter as follows:

28  Former Counsel:    Rosen, Bien and Galvan, LLP

    STIP OF SUBSTITUTION OF COUNSEL FOR     1   Case Nos. C 08-1190-SI, C 08-1184-SI
    PLTF AND NOT OF APP OF NEW COUNSEL

|   |   |   |
|---|---|---|
| 1 |   | Sanford Jay Rosen |
|   |   | Maria V. Morris |
|   |   | Lori E. Rifkin |
| 2 |   | 315 Montgomery Street, Tenth Floor |
|   |   | San Francisco, CA 94104 |
| 3 |   | (415) 433-6830 |
| 4 | New Counsel: | Burnham Brown |
|   |   | Robert M. Bodzin |
| 5 |   | P.O. Box 119 |
|   |   | Oakland, California 94604-0119 |
| 6 |   | (510) 444-6800 |

PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

DATED: October 23, 2008

ROSEN, BIEN & GALVAN, LLP

By _____
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081

315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DATED: October 23, 2008

BURNHAM BROWN

By _____
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604-0119
Telephone: (510) 444-6800

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL.    2    Case Nos. C 08-1190-SI, C 08-1184-SI

1 | Additional Counsel for Plaintiffs

2 | J. Nelson Thomas, NY Attorney No. 2579159
    Patrick J. Solomon, NY Attorney No. 2716660
3 | Annette Gifford, NY Attorney No. 4105870
    DOLIN, THOMAS & SOLOMON LLP
4 | 693 East Avenue
    Rochester, NY 14607
5 | Telephone: (585) 272-0540
    Facsimile: (585) 272-0574
6 |
    Charles H. Saul, PA State Bar No. 19938
7 | MARGOLIS EDELSTEIN
    525 William Penn Place, Suite 3300
8 | Pittsburgh, PA 15219
    Telephone: (412) 281-4256
9 | Facsimile: (412) 642-2380

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP OF SUBSTITUTION OF COUNSEL FOR        4    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

10/23/2008 14:06 FAX 415 433 7104  ROSEN BIEN GALVAN  ☒005
Oct-14-08  09:19am  From-BURNHAM BROWN  +510 835 6666  T-016  P.005/006  F-164

Case 3:08-cv-01190-SI   Document 104   Filed 10/24/2008   Page 4 of 4

PURSUANT TO STIPULATION
IT IS SO ORDERED

DATED: October ___, 2008

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

STIP OF SUBSTITUTION OF COUNSEL FOR       3    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL