| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| FOR THE NORTHERN DISTRICT OF CALIFORNIA | |

WILLIAM HELM, et al.,            Nos. C 08-01184 SI and C 08-1190 SI

    Plaintiffs,                    **SCHEDULING ORDER**

v.

ALDERWOODS GROUP, INC., et al.,

    Defendants.

_____

CLAUDE BRYANT, et al.,

    Plaintiffs,

v.

SERVICE CORP. INT'L, et al.,

    Defendants.

_____/

    Defendants in the case of *Bryant v. Service Corporation International*, No. C 08-1190, are ordered to produce all discovery ordered in this Court's March 27 Order within 21 days of the filing of this Order. Defendants in both cases shall renotice their motions to dismiss for May 22, 2009 at 9:00. A case management conference is hereby scheduled in both cases for July 24, 2009 at 3:00.

    **IT IS SO ORDERED.**

Dated: March 27, 2009

                                                   *Susan Illston*
                                                  SUSAN ILLSTON
                                                  United States District Judge