1 | STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
2 | NICHOLAS P. FORESTIERE, SB# 125118
GURNEE & DANIELS LLP
3 | 2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
4 | Telephone      (916) 797-3100
Facsimile      (916) 797-3131
5 |
Attorneys for Defendants
6 | ALDERWOODS GROUP, INC., PAUL HOUSTON
SERVICE CORPORATION INTERNATIONAL,
7 | SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
8 | SUPPORT CENTER, L.P., SCI WESTERN MARKET
SUPPORT CENTER, L.P., and SCI HOUSTON
9 | MARKET SUPPORT CENTER, L.P.

10 

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 

14 | WILLIAM HELM, DEBORAH PRISE,     )  No.  CV 08-01184 SI
15 | HEATHER P. RADY, et al., on behalf of     )
themselves and all other employees and former  )
16 | employees similarly situated,     )  **[PROPOSED] ORDER CONTINUING**
)  **DATE FOR CASE MANAGEMENT**
17 |                            Plaintiffs,     )  **CONFERENCE**
)
18 |            vs.     )
)
19 | ALDERWOODS GROUP, INC., PAUL A.     )
20 | HOUSTON, SERVICE CORPORATION     )
INTERNATIONAL, SCI FUNERAL AND     )
21 | CEMETERY PURCHASING     )
COOPERATIVE, INC., SCI EASTERN     )
22 | MARKET SUPPORT CENTER, L.P., SCI     )
WESTERN MARKET SUPPORT CENTER,     )
23 | L.P., a/k/a SCI WESTERN MARKET     )
24 | SUPPORT CENTER, INC., and SCI     )
HOUSTON MARKET SUPPORT CENTER,     )
25 | L.P.     )
)
26 |     )
                            Defendants.     )
27 |

28 | [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE
1

Case No.:  CV 08-01184 SI

1

2          Pursuant to the Stipulation of counsel and good cause appearing, the July 29, 2009 date for

3   the Case Management Conference in this matter is hereby vacated and the Case Management

4   Conference is continued to Friday, September 25, 2009 at 3:00 p.m. in Department 10 of this

5   Court.

**IT IS SO ORDERED.**

6

7

8   Dated:_____          _____
                                        Honorable Susan Illston
9                                       United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE
                                        2

Case No.:  CV 08-01184 SI