BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile: (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO. 3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. The date for the further Case Management Conference, previously set for December 16, 2010 is continued to **<u>February 18, 2011 at 3:00 p.m.</u>**

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
1

Case No.: 3:08-CV-01184 SI

**IT IS SO ORDERED:**

Dated: _____    _____
Honorable Susan Illston
United States District Court

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2

Case No.: 3:08-CV-01184 SI